|  |  |  |
|---|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS, et al., | : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : | |
| -vs- | : : | Hon. William J. Martini Civil Action No. 09-6432 (WJM) |
| BENO STUCCO SYSTEMS CORP., et al., | : : : | ORDER SCHEDULING CONFERENCE |
| Defendant(s). | : : | |

**IT IS** on this 14th day of September, 2010

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Thursday, September 23, 2010** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  Parties with full settlement authority are required to be present at the conference.  Failure to appear may result in the imposition of sanctions including dismissal of a party's pleading.

/s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**